THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA L. VALENTINO and WILLIAM P. BRAMANTI, | |
| Plaintiffs, | |
| v. | No. 04 C 2373 |
| VILLAGE OF SOUTH CHICAGO HEIGHTS, et al., | Honorable Judge William J. Hibbler |
| Defendants. | |

**PLAINTIFFS' OBJECTION AND RESPONSE TO
DEFENDANT VILLAGE OF SOUTH CHICAGO HEIGHTS'S MOTION FOR
ADDITIONAL TIME TO FILE ITS REPLY IN SUPPORT OF ITS BILL OF COSTS**

Now come Plaintiffs SANDRA L. VALENTINO and WILLIAM P. BRAMANTI, through their counsel, KURTZ LAW OFFICES, LLC, and file their Objection and Response to Defendant Village of South Chicago Heights's (hereafter "Defendant") Motion for Additional Time to File Its Reply In Support of Its Bill of Costs, and in support state as follows:

1. On October 27, 2006, Defendant Village of South Chicago Heights and the individual Defendants, Peterson and Owen, filed separate Bill of Costs. Defendant Village sought to recover $ 8,588.38 from Plaintiffs.

2. On November 8, 2006, this Court entered an Order relative to Defendants' Bill of Costs, setting Plaintiffs' responses to Defendants' Bill of Costs to be filed by November 29, 2006, and Defendants' Replies to be filed by December 13, 2006.

3. Defendant Village failed to comply with this Court's Order of November 8, 2006 and did not file its Reply on December 13, 2006, nor did Defendant Village file a motion for extension of time on or before the December 13, 2006 deadline set by this Court. Instead, Defendant filed a motion for additional time some eight (8) days past the deadline seeking to have an additional

twenty-two (22) days (in addition to the fourteen (14) days it already had) to file its Reply without good cause shown.

4. There are two other attorneys that have appearances on file in this matter for Defendant Village. (*See* Docket.) No explanation is provided for why the other attorneys could not have filed Defendant's Reply by the December 13, 2006 deadline or at least a motion for extension of time by then. Moreover, Defendant Village's counsel does not provide for the Court the cases or purported dates that he claims to have had "other commitments."

5. Moreover, in its Motion for Additional Time, Defendant fails to provide any explanation for why it could not have filed its motion on or before the December 13, 2006 deadline.

6. As presented in Plaintiff's Response to Defendant's Bill of Costs, Defendant provided the Court with "absolutely no basis to analyze the reasonableness of their requests or the necessity of the costs for which they s[ought] reimbursement. . . defendants [did] not provided any evidence as to the nature of the depositions or their use in the case. . . defendants provide[d] no information about what was copied or how the copies were used . . . [or] any information to determine the necessity of the photocopies." *See Stark v. PPM America, Inc.,* No. 01 C 1494, 2003 WL 21223268 at *8 (N.D.Ill. May 23, 2003) (Hibbler, J.); *see also* cases cited in Plaintiffs' Response to Defendant Village's Bill of Costs. Therefore, the Court should deny Defendant's costs entirely, as it did in *Stark, supra*.

7. Because Defendant did not timely file its Reply or at the very least timely file a motion for additional time by the Court's December 13, 2006 deadline, because Defendant does not set forth in its motion good cause for the delay, and because Defendant's Bill of Costs should be denied in its entirety for the reasons set forth in Plaintiff's Response and in accordance with this Court's prior holding in *Stark*, the Court should deny Defendant's Motion for Additional Time.

2

WHEREFORE, for the above stated reasons, Plaintiffs respectfully request that the Court deny Defendant Village of South Chicago Heights's Motion for Additional Time to File Its Reply In Support of Its Bill of Costs, deny Defendant's Bill of Costs in its entirety, and grant Plaintiffs such other relief that is just and equitable.

        Respectfully Submitted,

        SANDRA L. VALENTINO and
        WILLIAM P. BRAMANTI

        **s/ Dana L. Kurtz**
        _____

        *Electronically filed on December 26, 2006*
        Plaintiffs' Attorney

Dana L. Kurtz, Esq.
KURTZ LAW OFFICES, LLC
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

3